**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GERALD CARTER, JR.,

Plaintiff,

vs.

ADRIAN BENG, et al.,

Defendants.

Case No.: 2:26-cv-02947-GMN-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe, which recommends that this case be dismissed without prejudice to refiling in state court. (R&R 2:4–5, ECF No. 5). Judge Koppe initially entered an Order to Show Cause directing Plaintiff to explain why the case should not be dismissed to state court for lack of federal subject matter jurisdiction. (*See generally* Order Show Cause, ECF No. 3). Plaintiff submitted a response that failed to address how any of the defendants were operating under color of state law or how the Court otherwise had subject matter jurisdiction over the allegations. (*See generally* Response, ECF No. 4).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S.

140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R) (setting an October 28, 2026 deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 5), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case be **DISMISSED** without prejudice to refiling in state court.

The Clerk of Court is kindly directed to close this case.

**DATED** this 9 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT